**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**RICHARD CHAMPION,**

                **Petitioner,**

       v.                                          **9:07-CV-1266**

**SUSAN CONNELL,**

                **Respondent.**
_____

**APPEARANCES:**                               **OF COUNSEL:**

RICHARD CHAMPION
Petitioner, *Pro se*

HON. ANDREW M. CUOMO               FREDERICK H. WEN, ESQ.
Attorney General of the State of New York   Assistant Attorney General
Attorney for Respondent
120 Broadway
New York, New York 10271
Attorney for Respondent

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

**ORDER**

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Randolph F. Treece, duly filed on the 12th day of January 2009.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

     ORDERED that:

     1.  The Report-Recommendation is hereby adopted in its entirety.

    2.  The Petition for a Writ of *Habeas Corpus* is denied and the Petition is dismissed as moot.

    3.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: Syracuse, New York
       February 4, 2009

_____
Norman A. Mordue
Chief United States District Court Judge